UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT L. RICKNER,
        Plaintiff,

No. 1:08-cv-139

-v-

HONORABLE PAUL L. MALONEY

PATRICIA CARUSO, ET AL.,
        Defendants.

## JUDGMENT

Having dismissed all claims against Defendants Barber, Boeve, Griffin, and Thompson with prejudice, and having dismissed all other remaining claims without prejudice, pursuant to rule 58 of the federal rules of civil procedure, **JUDGMENT** is entered in favor of Defendants and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**


Date:  July 19, 2010                           /s/ Paul L. Maloney
                                                                            Paul L. Maloney
                                                                            Chief United States District Judge